IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD NICHELSON,<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON REGIONAL HEALTH CENTER, and LESLIE MARSH,<br><br>Defendants. | **7:24CV5000**<br><br>**ORDER** |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED that:

1) Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3)    All pending motions are denied as moot. All pending deadlines, including the deadline to file a responsive pleading, are terminated.

4)    The clerk shall terminate any pretrial and trial settings and any hearings set for this case.

Dated this 13th day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge