IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD NICHELSON,<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON REGIONAL HEALTH CENTER, and LESLIE MARSH,<br><br>Defendants. | 7:24CV5000<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice of Defendant Leslie Marsh. Filing No. 47. The Court, being fully advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED that Defendant Leslie Marsh be dismissed with prejudice with each party to bear their own attorneys' fees and costs. Defendant Lexington Regional Health Center remains a party in this action.

Dated this 17th day of April, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge