IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD NICHELSON, <br><br> Plaintiff, <br><br> vs. <br><br> LEXINGTON REGIONAL HEALTH CENTER, <br><br> Defendant. | 7:24CV5000 <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulation of Dismissal with Prejudice. Filing No. 49. The Court, being fully advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED that case be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Dated this 10th day of May, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge